UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13CV478-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFAULT JUDGMENT** |
| v. | ) | **OF FORFEITURE** |
| | ) | |
| APPROXIMATELY $136,334.41 IN | ) | |
| UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a default judgment of forfeiture against the defendant property.

THE COURT FINDS THAT:

1. A verified complaint for forfeiture *in rem* of the defendant property was filed on August 22, 2013. This Court found probable cause for forfeiture and issued a warrant for arrest *in rem*.

2. Process was fully issued in this action and returned according to law. Pursuant to the warrant for arrest *in rem*, the government duly seized the defendant property. Service of process was made by internet publication of notice, as shown by the declaration filed herein on October 1, 2013.

3. No person has filed a verified claim or an answer within the time allowed by law, and the Clerk has accordingly entered default.

4. Based on the pleadings, the consent of two persons indicted in a related criminal case, the grand jury's finding of probable cause therein, and the default of all known potential claimants and all other persons in the world, the government has shown probable cause to believe that the defendant property constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1341 and/or § 1349, and that it is therefore subject to forfeiture under 18 U.S.C. § 981(a)(1)(C).

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a judgment of forfeiture by default against the defendant property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.  The government's motion for default judgment of forfeiture is hereby granted.

2.  Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title, or interest shall exist therein: **approximately $136,334.41 in United States currency and funds.**

3.  The United States is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed: November 18, 2013

Max O. Cogburn Jr.
United States District Judge